# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Scott Lawrence,       )<br>                              )<br>    Plaintiff,         )     **ORDER**<br>                              )<br>vs.                          )<br>                              )<br>Horizon Oilfield Services, LLC,  )     Case No. 1:21-cv-177<br>                              )<br>    Defendant.        )  | |

On September 9, 2022, the parties filed a "Stipulation for Dismissal with Prejudice." (Doc. No. 19). The court **ADOPTS** the parties' stipulation (Doc. No. 19) and **DISMISSES** the above-captioned action with prejudice and without any award of costs, disbursements, or fees to any party.

**IT IS SO ORDERED.**

Dated this 12th day of September, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court